Tayior, Chief-Justice.
 

 The grant is sought to be set aside, on-the ground that it was obtained by means of several fraudulent acts, which are particularly stated in the petition, and the Jury have found that it was obtained by fraud. This may be an inference they have drawn, from some of the facts alleged in the petition, having been proved, but is not a necessary implication that it arises from the proof of all of them. Fraud is a compound question of law and fact. The facts going to establish it, are to be decided by a Jury. Whether, when proved, they will amount to such a fraud as will vacate a grant is a question for the Court to decide.— Were this grant to be set aside on this general finding, it would be deciding in the dark ; for we have no means of ascertaining of what the fraud found by the Jury consisted, and the Court ought to have a full assurance that
 
 *483
 
 Ihe grant was fraudulently obtained, before it w.as vacated. The issues ought to be tried again, and the specific facts constituting the fraud ascertained by the Jury, who may infer fraud
 
 ;
 
 but then the Court will be enabled to determine whether it be so in point of law.
 

 Per Curiam. — Judgment reversed.